ANDREW C. BOHRNSEN, WSBA #5549
BOHRNSEN, STOCKER, SMITH,
 LUCIANI & STAUB, PLLC
312 W. Sprague
Spokane, WA 99201
Telephone:   (509) 327-2500
Facsimile:   (509) 838-2698
e-mail: abohrnsen@comcast.net

Attorney for Defendant


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| DARLA F. SHOEMAKER,<br><br>     Plaintiff,<br><br>  vs.<br><br><br>TARGET STORES, INC., a duly licensed Washington State Corporation,<br><br>     Defendants. | Case No. CV-13-237-LRS<br><br>ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER |

**ORDER**

The Court, pursuant to stipulation, hereby orders the parties to abide by the terms and conditions of this Protective Order.

DATED this 16th day of December, 2013.


*s/Lonny R. Suko*

_____
LONNY R. SUKO
Senior U.S. District Court Judge