|   |   |
|---|---|
| DARLA F. SHOEMAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET STORES, INC. a duly licensed Washington States Corporation,<br><br>    Defendant. | NO. 2:CV-13-237-SAB<br><br>**ORDER GRANTING THE PARTIES' STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Stipulation for Order of Dismissal With Prejudice, ECF No. 12. The parties indicate they have settled Plaintiff's claims and ask that Plaintiff's claims be dismissed with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Order of Dismissal With Prejudice, ECF No. 12, is **GRANTED**.

2. The above-captioned cause of action is **dismissed**, with prejudice and without costs to either party.

3. The District Court Executive is directed to **close** the file.

///
///
///
///

**ORDER GRANTING THE PARTIES' STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE** ~ 1

1  **IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and close the file.

**DATED** this 16th day of July, 2014.

*Stanley A. Bastian*
STANLEY A. BASTIAN
United States District Judge

**ORDER GRANTING THE PARTIES' STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE** ~ 2